UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
228 Walnut Street
Harrisburg, PA 17101

Mary E. D'Andrea,
Clerk

717-221-3920

IN RE: United States of America v. Jose Nieves-Galarza
Case No. 1:11-CR-0057-01

TO UNITED STATES PROBATION:

Attached please find the ORIGINAL Statement of Reasons signed by Judge Rambo in the above listed case.

Very truly yours,

S/Mark J. Armbruster
Deputy Clerk

## RECEIPT

Receipt is hereby acknowledged for the Original Statement of Reasons in the case of:

United States of America v. Jose Nieves-Galarza
Case Number: 1:11-CR-0057-01

RECEIVED
FEB 1 2 2013
U.S. PROBATION OFFICE
(Date Received)

_____
(Signature)

_____
(Print Name)