United States District Court
Middle District of Pennsylvania

Jose Nieves-Galarza,
    Movant

                       Case No. 1:11-CR-0057-01

vs.

United States of America,
    Respondent

## Motion To Modify Sentence Pursuant To 18 U.S.C. 3582

### Procedural History

On or about February 12, 2013 the Movant, Jose Nieves-Galarza was sentenced in the Middle District of Pennsylvania, Harrisburg Division to a term of 109 months and 3 years supervision for violations of 18 U.S.C. 922(G)(1) and 924(E) (Felon in possession of a Firearm). He was also charged with possession of 500 or more grams of cocaine.[1] On March 19, 2014 he recieved and Amended Judgement and Commitment reducing his time to 87

---

1. The date of the offense is 9-2-2010.

1.

**FILED**
NOV 10 2014
PER _____
HARRISBURG, PA DEPUTY CLERK

months. He remains in custody at the Federal Medical Center at Lexington, Kentucky.

## Memorandum of Law

On April 10, 2014 the United States Sentencing Commission (U.S.S.C.) voted on Amendment 782 (the two-level drug Amendment Reduction). This Application of the Guidelines Reduced the sentencing guideline Applicable to the drug quantity table by two-levels for all drug types for offenders sentenced on or <u>After</u> November 1, 2014.

On July 18, 2014 the United States Sentencing Commission voted to apply this guideline "Retroactive" to Reduce sentences for drug offenders sentenced <u>before</u> November 1, 2014. This Court Retains the Authority to modify the Movant's sentence.

## Relief Sought

Comes Now, the Movant, Jose Nieves-Galarza and Respectfully that this Court grant the Relief Sought, pursuant to

Amendment 782, And grant him a two-level Reduction Associated with the cocaine involved in his case. He understands that the gun charges involved a mandatory minimum term but realizes the cocaine did not.

Respectfully Submitted,

Jose Nieves-Galarza
#69873-067
Federal Medical Center
P.O. Box 14500
Lexington, KY. 40512

11-2-14
Dated:

# Certificate of Service

I hereby certify that true and correct copies of the "Motion To Modify Sentence Pursuant To 18 U.S.C. 3582", have been mailed to the following:

1. United States District Court
   Middle District Of Pennsylvania
   Office Of The Clerk
   P.O. Box 983
   228 Walnut Street
   Harrisburg, PA. 17101

2. Office Of The U.S. Attorney
   Middle District Of Pennsylvania
   228 Walnut Street
   Harrisburg, PA. 17101

_Jose Nieves-Galarza_
— Movant

11-2-14
Dated:

4.