

Office of the Clerk

UNITED STATES DISTRICT COURT
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

**Maria E. Elkins**
Clerk of Court

Divisional Offices:

Harrisburg:
(717) 221-3920
Williamsport:
(570) 323-6380

November 12, 2014

**Jose Nieves-Galarza**
69873-067
Federal Medical Center
PO Box 14500
Lexington, KY 40512

RE: USA v. Nieves-Galarza, 1:11-CR-0057
    Sentence Reduction - USSC Amendment 782

    This office is in receipt of your Motion to Reduce your Sentence pursuant to 18 U.S.C. Section 3582(c)(2) - Amendment 782. Please complete the enclosed CJA 23 Financial Affidavit form and return it to us within seven (7) days for the determination of financially eligibility for appointment of counsel.

    Sincerely,

    s/ AAA
    Deputy Clerk