Jose Neives-GALARZA
#69873-067
Federal Medical Center
P.O. Box 14500
Lexington, KY. 40512

**FILED**
HARRISBURG, PA

FEB 0 9 2015

U.S. District Court
Middle District of Pennsylvania          Feb. 4, 2015
Clerk's Office
P.O. Box 983
228 Walnut St.
Harrisburg, PA. 17101

Dear Sirs,

Approximately a month and a half
ago I submitted a "Motion To Modify Sentence
Pursuant To 18 U.S.C. 3582" and "Motion To
Appoint Counsel". My original case No. is
1:11-CR-0057-01. Please appraise me
of the status of my filings. Thank
you for your cooperation.

Sincerely,
Jose Neives
Jose Neives-GALARZA.

RE: Case No. 1:11-CR-0057-01

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG OFFICE

MARIA E. ELKINS, CLERK

Dear Sir/Madam:

We have received the following documents ___*Ltr*___ via (UPS, Fed Ex, US Mail, Other) on ___*1/27/15*___.

HOWEVER:

_____ Your requested items were not sent because a self-addressed stamped envelope was NOT provided. Please do so in the future.

__X__ The proper information (i.e. case number, Judicial Officer, caption) was missing from the documents you filed.

_____ The case number listed on these documents is not a case in the Middle District of Pennsylvania.

_____ Our records show that you are not admitted to practice in the Middle District of Pennsylvania. Please complete the enclosed special admission form and return it to our office for approval.

_____ You neglected to provide us with the $50.00 special admission fee. Please forward it as soon as possible.

_____ The Local Rules for the Middle District of Pennsylvania will be forwarded to you upon receipt of a $4.60 postage paid self-addressed envelope.

_____ Enclosed is your check. Please sign and return.

_____ Other:


Dated: ___*1/27/15*___                    By:_____
                                                    Deputy Clerk