# TRANSCRIPT PURCHASE ORDER
## for Third Circuit Court of Appeals

**District Court** Middle / Pennsylvania  
**Court of Appeals Docket No.** 17-1205  
**District Court Docket No.** 1:11-CR-00057  

**Short Case Title** USA v. Nieves-Galarza  
**Date Notice of Appeal Filed by Clerk of District Court** 1/24/17

**Part I.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Check one of the following and serve ALL COPIES:

**TRANSCRIPT:**
- _____ None
- _____ Unnecessary for appeal purposes.
- _____ Already on file in the District Court Clerk's office.
- **X** This is to order a transcript of the proceedings heard on the date listed below from **Wendy C. Yinger** (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

Sentencing held 2/12/03

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- _____ Voir dire
- _____ Open Statement of Plaintiff
- _____ Opening Statement of Defendant
- _____ Closing Argument of Plaintiff
- _____ Closing Argument of Defendant
- _____ Jury Instructions
- _____ Sentencing Hearings

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- _____ CJA Form submitted to District Court Judge
- _____ Motion for Transcript has been submitted to District
- _____ CJA Form submitted to Court of Appeals
- **X** ~~Court Private Funds~~ (FPD Funds)

**Signature** /s/ Ronald A. Krauss  
**Date** October 11, 2017  
**Print Name** Ronald A. Krauss  
**Counsel for** Jose Nieves-Galarza  
**Address** 100 Chestnut Street, Ste. 306, Harrisburg, PA 17101  
**Telephone** 717-782-2237

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

_____ Arrangements for payment were made on _____

_____ Arrangements for payment have not been made pursuant to FRAP 10(b)

**Date**      **Name of Court Report**      **Telephone**

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____ Actual Number of Volumes _____

**Date**      **Signature of Court Reporter**