# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 17-1205

UNITED STATES OF AMERICA

v.

JOSE NIEVES-GALARZA,

Appellant

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No.: 1-11-cr-00057-001)
District Judge: Honorable Sylvia H. Rambo

Submitted under Third Circuit LAR 34.1(a)
on November 17, 2017

Before: AMBRO, KRAUSE, and RENDELL, Circuit Judges

## JUDGMENT

This case came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on November 17, 2017.

On consideration whereof, it is now here

**ORDERED and ADJUDGED** by this court that the Order of the District Court entered on January 10, 2017, be and the same, is hereby **AFFIRMED**.

No costs taxed.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated:       December 21, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** 05/15/18

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**