

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*

Office of the Warden

4700 Bureau Road South
Terre Haute, Indiana 47802

May 5, 2020

U.S. District Judge Sylvia H. Rambo
United States District Court
Middle District of Pennsylvania
U.S. Courthouse Federal Building and Courthouse
228 Walnut Street, Room 860
Harrisburg, PA 17101

FILED
HARRISBURG, PA
MAY 11 2020
PER _____ DEPUTY CLERK

RE:   Nieves-Galarza, Jose
      Reg. No.: 69873-067
      Docket No.: 1:CR-11-057-01

Dear Honorable Judge Rambo:

This is to inform you of the recent death of inmate Nieves-Galarza, Jose, who was incarcerated at the Federal Correctional Complex, Terre Haute, Indiana.

As you recall, inmate Nieves-Galarza was sentenced in the Middle District of Pennsylvania on February 12, 2013, to a 109-month term of incarceration, which was reduced to 87 months, for Felon in Possession of a Firearm, with three years of supervision. Inmate Nieves-Galarza was also sentenced in the Eastern District of North Carolina on February 1, 2017, to a 5-month term of incarceration for Contraband in Prison and attempted Introduction of Contraband, with three years of supervision. He was scheduled to be released on October 10, 2020, via Good Conduct Time Release.

Inmate Nieves-Galarza passed away at 2:29 P.M. on May 5, 2020, at FCI Terre Haute in Terre Haute, Indiana. The preliminary cause of death is unknown. An autopsy will be performed.

If you require further information regarding this case, please do not hesitate to contact our institution.

Sincerely,

B. Lammer
Warden

cc:   United States Attorney's Office
      Chief United States Probation Officer, Middle District of Pennsylvania
      Chief United States Probation Officer, Eastern District of North Carolina
      North Central Regional Director